NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLIED MATERIALS, INC.,**
*Plaintiff-Appellee,*

v.

**MULTIMETRIXS, LLC, MARK KESEL, BORIS KESIL, and ELIK GERSHENZON,**
*Defendants-Appellants.*

---

2010-1149, -1150

---

Appeals from the United States District Court for the Northern District of California in Case No. 06-CV-7372, Judge Marilyn Hall Patel.

---

## ON MOTION

---

## ORDER

The parties move jointly to lift the stay of proceedings. Applied Materials, Inc. moves for leave to file a surreply brief. Multimetrixs, LLC et al. oppose.

The parties state that all bankruptcy stays and other bankruptcy issues have been resolved.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to lift the stay is granted.

(2)  The motion to file a surreply brief is deferred for consideration by the merits panel assigned to hear this case.  A copy of the motion and surreply brief, Multimetrixs' response, and this order shall be transmitted to the merits panel.

FOR THE COURT

AUG 1 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly

Clerk

cc:  Rohit Kumar Singla, Esq.
     Jeffrey I. Kaplan, Esq.

s17

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 1 6 2010

**JAN HORBALY**
**CLERK**